IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50356
Summary Calendar
_____


TAMMY WILLIAMS,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, Commissioner
of Social Security,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CV-293
- - - - - - - - - -
January 13, 1998
Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

     Tammy Williams appeals from the district court's judgment
affirming the denial of her application for supplemental security
income benefits.  Williams argues that the decision of the
Administrative Law Judge (ALJ) is not supported by substantial
evidence; that the ALJ failed to consider her IQ as a severe
mental impairment; that the ALJ failed to consider her complaints
in combination; that the ALJ failed to properly complete the

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Psychiatric Review Technique Form; that the ALJ failed to give proper weight to the opinion of Williams' treating physician; and that the ALJ posed an inadequate hypothetical question to the vocational expert.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.  <u>See</u> <u>Williams v. Callahan</u>, No. SA-96-CV-293 (W.D. Tex. March 14, 1997).

AFFIRMED.